IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-6650 |
| | ) |
| v. | ) |
| | ) Judge Sharon Johnson Coleman |
| DOE, subscriber assigned | ) |
| IP Address 50.158.14.241 | ) Magistrate Judge Young B. Kim |
| (Formerly Doe No. 31) | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum and Declaration filed concurrently herewith. Plaintiff requests a hearing on this matter, if necessary, in accordance with the accompanying notice.

In particular, Plaintiff seeks the issuance of a subpoena under Rule 45 to the Internet Service Provider ("ISP") who provided internet services to the Doe Defendant identified by an Internet Protocol ("IP") address to obtain information sufficient to identify the Doe Defendant by name, current and permanent address, telephone number, email address and Media Access control number.

Dated: September 30, 2013

Respectfully submitted,

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 30, 2013.

                                                            s/Michael A. Hierl